IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 00-cv-02361-WDM-OES

WYRICK G. DEANE,

    Plaintiff,

v.

MILTON TUCKER, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The Joint Motion to Continue Administrative Closure is granted.  Counsel shall report to the court on or before December 30, 2005.

Dated:  July 26, 2005

                                                    /s/ Jane Trexler, Secretary/Deputy Clerk