IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 00-cv-02361-WDM-MEH (concerning related case nos 00-cv-02361 through 02363-WDM-MEH; and case nos. 00-cv-02365 through 02374-WDM-MEH)

WYRICK G. DEANE,

    Plaintiff,

v.

MILTON TUCKER, et al.,

    Defendants.

_____

**ORDER**
_____


This matter is before the court on the Joint Motion of Plaintiff Wyrick G. Deane and the defendant, the United States of America, requesting that an order issue continuing the administrative closures in thirteen (13) related actions, Case Nos 00-cv-02361 through 02363-WDM-MEH, and Case Nos. 00-cv-02365 through 02374-WDM-MEH, to and including December 1, 2006.

It is therefore ordered that the administrative closures are continued to December 1, 2006.  If the parties do not file a stipulation for dismissal with prejudice or

a motion to reopen this case on or before December 1, 2006, this case shall be automatically dismissed without prejudice.

DATED at Denver, Colorado, on May 25, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge