IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 00-cv-02361-WDM-MEH (consolidated with Civil Action Nos. 00-cv-02362-WDM-MEH, 00-cv-02363-WDM-MEH, 00-cv-02364-MJW-MEH, 00-cv-02365-WJM-MEH, 00-cv-02366-WDM-MEH,   00-cv-02367-WDM-MEH,   00-cv-02368-WDM-MEH,   00-cv-02369-WDM-MEH,   00-cv-02370-WDM-MEH,   00-cv-02371-WDM-MEH,   00-cv-02372-WDM-MEH, 00–cv-02373-WDM-MEH, 00-cv-02374-WDM-MEH, 00-cv-02394-MJW-MEH)

WYRICK G. DEANE,

     Plaintiff,

v.

MILTON TUCKER, et al.,

     Defendants.

_____

ORDER AND NOTICE
_____

This matter is before me on the Joint Motion to Issue Notice to Pitkin County Pursuant to Colo. Rev. Stat. § 30-28-101(10)(c)(11), and for Entry of Order Approving Proposed Global Settlement, filed February 1, 2007.

Being sufficiently advised in the premises, I order as follows:

1. The following notice, together with a copy of the Joint Motion to Issue Notice to Pitkin County Pursuant to Colo. Rev. Stat. § 30-28-101(10)(c)(11), and for Entry of Order Approving Proposed Global Settlement and the parties' Settlement Agreement and Release, shall be given to and served upon the Board of County Commissioners for Pitkin County, Colorado by the plaintiff:

Notice to the Board of County Commissioners for Pitkin County, Colorado: You

Dockets.Justia.com

may, pursuant to § 30-28-101(10)(c)(II), C.R.S., join as a party in these

proceedings for the sole purpose of raising the issue of whether the proposed

global settlement of the parties and the real property transfers described therein

would constitute an unlawful evasion of Part 1 of Article 28, Title 30, Colorado

Revised Statutes.  If you do not file an appropriate pleading within twenty days

after receipt hereof, then the court will issue its order granting the parties' joint

motion for issuance of an order approving the proposed global settlement, and

such order shall have the final and preclusive force and effect provided for by §

30-28-101(10)(c)(II), C.R.S.

2.  Upon completion of service of this notice and the related documents, the

plaintiff shall file a return of service with the Clerk of this Court.

DATED at Denver, Colorado, on February 8, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge