IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 00-cv-02361-WDM-MEH (concerning related case nos 00-cv-02361-WDM-MEH through 02363-WDM-MEH; and case nos. 00-cv-02365-WDM-MEH through 02374-WDM-MEH; and, Concerning Case Nos. 00-cv-02364-MJW-MEH and 00-cv-02394-MJW-MEH

Case No. 00-cv-02361-WDM-MEH

WYRICK G. DEANE,

    Plaintiff,

v.

MILTON TUCKER, et al.,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on the motion of Pitkin County Board of County Commissioners (County) to join as a party in interest in response to my February 8, 2007 order.  County is concerned whether the proposed settlement by the parties would improperly constitute a subdivision without compliance with the County regulations adopted pursuant to Colo. Rev. Stat. § § 30-28-101 *et. seq.*  The plaintiff and the remaining defendants, jointly referred to as the United States, do not object to the County's motion and by separate motion ask that a briefing schedule be established on the issues raised by the County.  It does appear that resolution of this case without the County's participation may prevent complete relief being accorded

among the existing parties and expose those parties to inconsistent obligations.

Being sufficiently advised in the premises, it is ordered:

1.  The County's motion is granted and the County shall be joined as a party defendant pursuant to Fed. R. Civ. P. 19;

2.  The joint motion of the United States and plaintiff to establish a briefing schedule is granted;

3.  Given the plaintiff's and the United States' desire to obtain an order approving their settlement as a division of land which would not be considered a subdivision in accordance with Colo. Rev. Stat. § 30-28-101(10)(c)(II), the parties shall submit briefs addressing the merits of approval of the settlement and whether the order is a division of land not required to follow County subdivision regulations as follows:

   a.  Consolidated brief of the plaintiff and the United States shall be due March 26, 2007;

   b.  Brief of the County shall be due April 9, 2007; and

   c.  Consolidated reply brief of the plaintiff and the United States shall be due April 16, 2007.

DATED at Denver, Colorado, on March 13, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge